IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**WILLIAM SHANE COWART**   **PLAINTIFF**
Reg. #10438-003

v.   No: 2:17-cv-00142 JM-PSH

**JONATHAN FUTRELL,** *et al.*   **DEFENDANTS**

### **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that defendants are awarded summary judgment and Cowart's claims against them are dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal taken from the order adopting this recommendation and accompanying judgment is considered frivolous and not in good faith.

DATED this 10th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE