# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**WILLIAM SHANE COWART**　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
Reg. #10438-003

v.　　　　　　　　No: 2:17-cv-00142 JM-PSH

**JONATHAN FUTRELL,** *et al.*　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 10th day of July, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE